UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATHEW PATERNO,

     Plaintiff,

v.                                     CASE NO. 8:19-cv-2387-T-23AAS

WELLS FARGO BANK, N.A.,

     Defendants.

_____/

## ORDER

The plaintiff announces (Doc. 20) a settlement of this action.  Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause.  The clerk is directed to close the case.

ORDERED in Tampa, Florida, on January 21, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE